# Court of Appeals
# of the State of Georgia

ATLANTA, February 07, 2022

*The Court of Appeals hereby passes the following order:*

## A22A0036. RICHARDS et al. v. WATKINS.

This case was docketed by this Court on July 23, 2021. The Appellants' brief and enumeration of errors were originally due on August 12, 2021. As of the date of this order, the Appellants have still not filed a brief and enumeration of errors. The filing is 176 days late. Accordingly, this appeal is hereby deemed abandoned and DISMISSED pursuant to Court of Appeals Rule 23 (a). See also Court of Appeals Rule 13.

The Clerk of Court is DIRECTED to send a copy of this order to the Appellants and their attorney, and the latter also is DIRECTED to send a copy to the Appellants.



*Court of Appeals of the State of Georgia*
*Clerk's Office,*
Atlanta, 02/07/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*